IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| KENT NICELY, | ) | CASE NO. 3:18-cv-00678 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Plaintiff and Defendant who hereby stipulate that all claims asserted or that could have been asserted in the above-styled lawsuit are hereby dismissed, with prejudice to the refiling of this matter, by agreement of the parties. Costs paid.

Respectfully submitted,

THE BOLOTIN LAW OFFICES

By: /s/ Samuel G. Bolotin (per written authority)
SAMUEL G. BOLOTIN (0014727)
3232 Executive Parkway
Toledo, Ohio 43606
(419) 539-9200  FAX: (419) 539-7100
bolotin@bex.net
Trial Counsel for Plaintiffs

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

GALLAGHER, GAMS, PRYOR
TALLAN & LITTRELL L.L.P.

By: /s/ James R. Gallagher
JAMES R. GALLAGHER (0025658)
471 East Broad Street, 19th Floor
Columbus, Ohio 43215-3872
(614) 228-5151   FAX: (614) 228-0032
jgallagher@ggptl.com
Trial Attorney for Defendant
State Farm Mutual Automobile
Insurance Company

jrg\200776\ pl\11 stip dism tb